## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| In re: | ) | Chapter 11 |
| | ) | Case No. 09-30047 |
| RADLAX GATEWAY HOTEL, LLC, | ) | (Jointly Administered) |
| et al., | ) | Hon. Bruce W. Black |
| | ) | **Hearing Date: August 23, 2010** |
| Debtors. | ) | **Hearing Time: 1:15 p.m.** |

**DEBTORS' WITNESS AND EXHIBIT LIST FOR TRIAL ON DEBTORS' MOTION FOR AN ORDER: (A) APPROVING PROCEDURES FOR THE SALE OF SUBSTANTIALLY ALL OF THE DEBTORS' ASSETS; (B) SCHEDULING AN AUCTION; (C) APPROVING ASSUMPTION AND ASSIGNMENT PROCEDURES; (D) APPROVING FORM OF NOTICE; AND (E) GRANTING RELATED RELIEF**

RadLAX Gateway Hotel, LLC and RadLAX Gateway Deck, LLC (together, the "Debtors") hereby submit their list of witnesses and exhibits in connection with the trial on the Debtors' Motion for an Order: (A) Approving Procedures for the Sale of Substantially all of the Debtors' Assets; (B) Scheduling an Auction; (C) Approving Assumption and Assignment Procedures; (D) Approving Form of Notice; and (E) Granting Related Relief, which trial is scheduled to begin on August 23, 2010:

### DEBTORS' WITNESS LIST

The Debtors may call the following fact witnesses:

| Witness | Objection/Grounds (to be determined) |
|---|---|
| Timothy G. Franzen. Mr. Franzen is one of the Debtors' principals. | |
| Peter G. Dumon. Mr. Dumon is one of the Debtors' principals. | |
| Eric Nolin. Mr. Nolin is a former employee of The Harp Group, Inc. | |
| Jim O'Brien. Mr. O'Brien is a Managing Director of FBR Capital Markets & Co., the Debtors' financial advisor and investment banker. | |
| Gregory Fierce. Mr. Fierce is an Amalgamated Bank employee and representative. | |
| Robert Corrigan. Mr. Corrigan is an Amalgamated Bank employee and representative. | |

LEGAL18998296.1

The Debtors may call the following expert witnesses:

| Witness | Objection/Grounds (to be determined) |
|---|---|
| <u>Patrick J. O'Malley</u>.  Mr. O'Malley is a Principal of Development Specialists, Inc. | |
| <u>Mark Heisler</u>.  Mr. Heisler is a Managing Director of Paramount Lodging Advisors. | |

## DEBTORS' EXHIBIT LIST

| Exhibit No. | Description | Objection/Grounds (to be determined) |
|---|---|---|
| Debtors' Ex. 1 | Debtors' Motion for an Order: (A) Approving Procedures for the Sale of Substantially All of the Debtors' Assets; (B) Scheduling an Auction; (C) Approving Assumption and Assignment Procedures; (D) Approving Form of Notice; and (E) Granting Related Relief filed by RadLAX Gateway Hotel and RadLAX Gateway Deck (together, "RadLAX Debtors") (the "RadLAX Debtors' Motion") | |
| Debtors' Ex.2 | Supplement to RadLAX Debtors' Motion | |
| Debtors' Ex.3 | Lender's Objection to RadLAX Debtors' Motion | |
| Debtors' Ex. 4 | Lender's Motion to Terminate Exclusivity, or, Alternatively, Preclude Any Further Extension of Exclusivity filed against RadLAX Debtors | |
| Debtors' Ex. 5 | Amalgamated Bank's proof of claim for RadLAX Gateway Hotel | |
| Debtors' Ex. 6 | Amalgamated Bank's proof of claim for RadLAX Gateway Deck | |
| Debtors' Ex. 7 | Email string ending with Cole email to Nisson, Staiger dated 9/22/08 regarding LAX revised budgets | |
| Debtors' Ex. 8 | Email string ending with Nisson email to Cole, DeSpirito, dated 7/17/08, regarding signature pages for Next, construct start date | |
| Debtors' Ex. 9 | Agreement to Purchase Real Property and Improvements to be Constructed Thereon and Joint Escrow Instructions between RadLAX Gateway Deck, LLC and Next Ventures LLC dated July 17, 2008 with regard to the parking deck at the RadLAX Gateway Hotel | |
| Debtors' Ex. 10 | Professional Associates Construction Services, Inc.'s Construction Progress Report dated 7/31/08 | |
| Debtors' Ex. 11 | Letter dated August 5, 2008 from Amalgamated Bank to Los Angeles Department of Building and Safety | |
| Debtors' Ex. 12 | Email string between lenders ending with De Spirito email to Chawla, Tipton dated 8/8/08 regarding additional level to parking deck | |
| Debtors' Ex. 13 | Email string between lenders ending with Holliman email to Cortez, Romero 8/8/08 regarding loan increase relating to parking deck | |
| Debtors' Ex. 14 | Draw Request No. 11 | |

| Exhibit No. | Description | Objection/Grounds (to be determined) |
|---|---|---|
| Debtors' Ex. 15 | 122 Endorsement Request for Draw No. 11 | |
| Debtors' Ex. 16 | Draw Request No. 12 | |
| Debtors' Ex. 17 | 122 Endorsement Request for Draw No. 12 | |
| Debtors' Ex. 18 | Email string between lenders ending with Dumon email to Nolin, Franzen dated 2/2/09 regarding needs for fund of Deck Draw #12 | |
| Debtors' Ex. 19 | Email string between lenders ending with Holliman email to Tenno dated 2/10/09 regarding cost overrun for parking garage | |
| Debtors' Ex. 20 | Harp Group letter to Landenwitch dated February 9, 2009 | |
| Debtors' Ex. 21 | Email string ending with Landenwitch email to Nisson, Nader dated 2/12/09 regarding deposit for the garge to pay for cost overruns | |
| Debtors' Ex. 22 | Email string ending with Nisson email to Dumon, Franzen dated 2/12/09 regarding funding for extra deck on garage | |
| Debtors' Ex. 23 | Email string between lenders ending with Holliman email to Landenwitch, Vargas dated 2/18/09 RadLAX Draw | |
| Debtors' Ex. 24 | Email string between Bomel and lenders ending with Nisson email to Dumon, Franzen dated 2/18/09 RadLAX December Funding | |
| Debtors' Ex. 25 | Amalgamated Bank Loan Modification Memorandum dated March 3, 2009 | |
| Debtors' Ex. 26 | Amalgamated Bank Loan Modification Memorandum dated March 6, 2009 | |
| Debtors' Ex. 27 | Email string between lender and borrowers ending with Nisson email to Dumon, Franzen dated 3/9/09 regarding funding | |
| Debtors' Ex. 28 | Email from Holliman to Nisson dated 3/16/09 regarding proposals for RadLAX and River Road loans | |
| Debtors' Ex. 29 | Email string between lenders ending with Nisson email to Dumon dated 3/17/09 regarding funding January Draw | |
| Debtors' Ex. 30 | Email string between San Diego Bank and Cal National Bank ending with Holliman email to Courtney dated 3/18/09 regarding funding | |
| Debtors' Ex. 31 | Draw Request No. 13 | |
| Debtors' Ex. 32 | Amalgamated Bank Loan Update Memorandum dated March 18, 2009 | |
| Debtors' Ex. 33 | Email from Holliman to Nisson dated 3/25/09 regarding loan concerns | |
| Debtors' Ex. 34 | Email string between lender and O'Reilly ending with Nisson email to Nolin, O'Reilly dated 4/2/09 regarding Outstanding Payment/Penthouse Occupancy Delay | |
| Debtors' Ex. 35 | San Diego National Bank letter to Amalgamated Bank dated April 3, 2009 | |

LEGAL18998296.1

| Exhibit No. | Description | Objection/Grounds (to be determined) |
|---|---|---|
| Debtors' Ex. 36 | Email string between Landenwitch and Nisson ending with Landenwitch email to Nisson dated 4/6/09 regarding SDNB acknowledgment of shortfall | |
| Debtors' Ex. 37 | Email string between Holliman and Murnane ending with Holliman email to Murnane dated 4/9/09 regarding agent bank | |
| Debtors' Ex. 38 | Email from Holliman to Freel dated 3/17/10 regarding approach | |
| Debtors' Ex. 39 | Notice of Event of Default from Amalgamated Bank to RadLAX Gateway Deck, LLC and RadLAX Gateway Hotel, LLC, RadLAX Gateway Project Management, LLC, RADLAX Gateway Boxxy Holdings, LLC, RadLAX Gateway Dumon Holdings, LLC, dated 7/29/10 | |
| Debtors' Ex. 40 | Chart of Mechanics' Liens for RadLAX Debtors | |
| Debtors' Ex. 41 | Mark Heisler expert report | |
| Debtors' Ex. 42 | Patrick O'Malley expert report | |
| Debtors' Ex. 43 | Supplemental Response to Debtors' First Set of Interrogatories to Amalgamated Relating to Debtors' Motion for an Order: (A) Approving Procedures for the Sale of Substantially All of the Debtor's Assets; (B) Scheduling an Auction; (C) Approving Assumption and Assignment Procedures; (D) Approving Form of Notice; and (E) Granting Related Relief | |

Debtors reserve the right to amend or supplement exhibits including, but not limited to, for rebuttal purposes.

Dated:  August 20, 2010          **RADLAX GATEWAY HOTEL, LLC**
                                 **RADLAX GATEWAY DECK, LLC**


                         By:    /s/ David M. Neff
                                PERKINS COIE LLP
                                David M. Neff (ARDC # 6190202)
                                Brian A. Audette (ARDC # 6277056)
                                Eric E. Walker (ARDC # 6290993)
                                131 S. Dearborn Street - Suite 1700
                                Chicago, Illinois 60603-5559
                                Telephone:  (312) 324-8400
                                Facsimile:  (312) 324-9400

                                *Attorneys for the Debtors*

LEGAL18998296.1