UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In Re: ) | Chapter 11 |
| ) | Case No: 09 B 30047 |
| RadLAX Gateway Hotel, LLC, et al., ) | |
| ) | Honorable Bruce W. Black |
| Debtor, ) | |
| ) | |

**Findings of Fact and Conclusions of Law in Support of Order Awarding to Perkins Coie, LLP, Attorney for the Debtors, for Allowance and Payment of Interim Compensation and Reimbursement of Expenses.**

| | | | |
|---|---|---|---|
| Total Fees Requested: | $ 327,637.00 | Total Costs Requested: | $ 14,751.28 |
| Fees Disallowed: | $        0 | Costs Disallowed: | $     361.91 |
| Total Fees Allowed: | $ 327,637.00 | Total Costs Allowed: | $ 14,388.09 |

Total Fees and Costs Allowed:      $342,025.09

THE COURT HAS IDENTIFIED THE NOTED TIME AND EXPENSE ENTRIES THAT HAVE BEEN DISALLOWED IN WHOLE OR IN PART

**(1)    Meal Expenses**
The Court denies the allowance of reimbursement of this meal expense. *In re Covent Guardian Corp.*, 103 B.R. 937, 942 (Bankr. N.D. Ill. 1989)("[It is highly unlikely that counsel could prove that the meal expenses were reasonably necessary for the proper representation of the debtor . . . If the attorney were not working on the case, he would still have to eat. Accordingly, the Court finds that, except in very limited circumstances, local meals are not reasonably necessary for the proper representation of the client."):

Travel expense meals –
    B. Audette, Los Angeles, 10/13-15                $200.62
    E. Walker, Phoenix, 10/21-22                     $161.29
Total                                                $361.91

**Perkins Coie LLP** is hereby awarded an allowance of interim compensation and expenses as set forth above.

Dated:  2-17-2011            Entered:

                                         Bruce W. Black
                                         United States Bankruptcy Court